In the Matter of HALTON D. BLY et al., Respondents, against G. ROBERT WITMER et al., Comprising the Town Board of the Town of Webster, Appellants.— Motion for reargument denied, with ten dollars costs. Memorandum: The Town Board has never taken action upon petitioners' claim in the manner required by statute. [See 266 App. Div. 1061.] All concur, except Taylor, J., who dissents and votes to grant the motion. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## FIRST DEPARTMENT, JANUARY, 1944.
### (January 11, 1944.)

In the Matter of EMANUEL HIRSCHBERGER, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

### (January 14, 1944.)

ROSE LEEDS, Appellant, v. MAX K. LEEDS, Respondent.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of allowing $750 to cover all expenses including all disbursements and counsel fees. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of BOWERY SAVINGS BANK, Respondent. TWENTY THREE-THIRTY RYER CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DOROTHY SHORE, Respondent, v. JOHN E. SCHWEIZER, Defendant, and JOHN MUDRIAN, Defendant-Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

YELLOW TRUCK & COACH MANUFACTURING COMPANY, Respondent, v. WEST SIDE GARAGE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See Carney v. Bares, 267 App. Div. 175.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH E. GINN, Appellant, v. DOROTHEA A. SHEARN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EMIL R. POHLERS, Respondent, v. EXETER MANUFACTURING COMPANY, Appellant.— Determination affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or otherwise move with respect to the complaint within five days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., concurs on the ground that defendant by reason of its contention, previously maintained successfully in this action, is estopped to contest the validity of service on the Secretary of State (Horn v. Bennett, 253 App. Div. 630; Houghton v. Thomas, 220 App. Div. 415; see, also, Starbuck v. Starbuck, 173 N. Y. 503); Martin, P. J., dissents. [See post, p. 869.]